RECEIVED
1/11/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Michael Dewayne Morton

N/A

N/A

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**22CV50010**

vs.

A. Ciolli

Medical Department

N/A

N/A

N/A

N/A

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

✓  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: Michael DeWayne Morton

    B.    List all aliases: Supreme Black God # 8.5

    C.    Prisoner identification number: 14125-003

    D.    Place of present confinement: U.S.P Thomson

    E.    Address: P.O. Box 1002, Thomson. IL. 61285

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: A. Ciolli

            Title: Warden

            Place of Employment: A.U.S.P Thomson

    B.    Defendant: Medical Department

            Title: Medical Department

            Place of Employment: Medical Dep. U.S.P Thomson

    C.    Defendant: None

            Title: N/A

            Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Case no. 21-CV-50470, and Case no. 21-CV-50373_

B. Approximate date of filing lawsuit: _Dec/15/21, and Sep/29/21_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Michael DeWayne Morton, A.K.A Supreme Black God # 8.5_

D. List all defendants: _A. Ciolli, Ms. RainMaker, Mr. Showalter, and Mr. River_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _United States Northern District of Illinois_

F. Name of judge to whom case was assigned: _Iain D. Johnston and Magistrate Jude Margaret J. Schneider, in both cases_

G. Basic claim made: _Personal Injury By Means Of Cruel and Unusual punishments imposed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case no. 21-CV-50373 was dismissed for small errors and Case no. 21-CV-50470 the amended complaint is now pending_

I. Approximate date of disposition: _11/17/2021_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Due to receiving a severe hand injury here at U.S.P Thomson on Aug/13/2020, in which my right ring finger was badly broken, this crippling injury has caused my finger to improperly heal. Mobility is limited with this finger, making it extremely difficult to complete daily tasks, i could once do with ease. Medical staff here at U.S.P Thomson has had multiple opportunities to begin creating this handicap, caused by the negligence of an officer of the United State Government. I'm a ex-gangmember who was placed in protective custody, so my assault in which i was attacked by another inmate here at U.S.P Thomson, shouldn't have happend, if staff did a better job of creating a secure institution for inmates in protective custody.

The institutional Warden Mr. A. Ciolli has been repeatedly asked to allow me to receive the proper medical care needed to begin repairing this improperly healed finger imminently. Each time i have been denied medical care within this institution and to deny such care is considered to be cruel and unsual punishment. Daily i am now made to suffer in pain, because my right of proper medical care is being taken away from me by warden A. Ciolli.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

All supporting documentary evidence to prove this claim, has been Submitted by me in case no. 21-cv-50373. Since such attempts by me has repeatedly been made, the institution is now choosing not to comply with any requests made by me, in seeking to collect such documentary evidence again. This court may have to review the above case no. 21-cv-50373 to begin reviewing such evidence or submit a order requesting the institution to comply with submitting needed documentary evidence as follows, the complete medical records relating to this incident only, complete copies of all attempts of inmate grievance relating to this incident only, complete copies of inmate administrative remedy history, and all statements made by outside medical staff, the incident report proving my assault.

By medical not providing care in time, my finger has healed improperly and my rights to such care was violated.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly request this court to order the institution to comply with repairing my improperly healed finger imminently. I also humbly request to receive financial compensation in the said amount of $10,000,000; due to being made to suffer daily in pain. Under the color of law this court should order the institution to comply fully with the above request. (seeking: Full Individual Sovereign Immunity Rights, Full Secure Part Creditor Rights, and Full Sentence Reduction)

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this January day of 03 , 20 22

Michael Morton

_Michael Morton_
(Signature of plaintiff or plaintiffs)

Michael Morton
(Print name)

14125-003
(I.D. Number)

A.U.S.P Thomson

P.O. Box 1002

Thomson. IL. 61285
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Respectfully Submitted By,
Michael Dewayne Morton~14125-003
Supreme Black God # 8.5

P.S. May the records of this court reflect the plaintiff's request of the relief sought; Inwhich he is deserving, due to the laws of the sea that governs the land. Under the color of law this United States District Court, Northern District Of Illinois, now bears the burden of providing such relief when it is rendered. Due to the merit thereof; this court should fully comply, by providing the necessary aide required to attain the appropriate form of the sought relief, under such laws of governance.